## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| NEW SOURCE ENERGY PARTNERS, L.P., *et al.*, Debtors.[1] | Case No. 16-10642 (CSS) (Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee for the estates of New Source Energy Partners, L.P. *et al.*, | |
| Plaintiff, | Adv. Proc. No. 18-50317 (CSS) |
| v. | Related Adv. D.I.: 4, 7, 10, 15, *16* |
| ERICK FLOWBACK SERVICES, LLC, | |
| Defendant. | |

## ORDER APPROVING FIFTH STIPULATION FOR EXTENSION OF TIME

This Court having considered the *Fifth Stipulation for Extension of Time* (the "**Fifth Stipulation**") between the above-captioned Plaintiff and Defendant, attached hereto as **Exhibit 1**; and having determined that good and adequate cause exists for approval of the Fifth Stipulation; and having determined that no further notice of the Fifth Stipulation must be given; it is hereby ORDERED that:

1.      The Fifth Stipulation is approved; and

2.      Defendant shall have through and including November 5, 2018 to answer, move, or otherwise respond to the *Complaint to Avoid and Recover Preferential and/or, in the Alternative, Fraudulent Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550, and to Disallow*

---

[1] The Debtors are the following entities: New Source Energy Partners, L.P. (16-10642) and New Source Energy GP, LLC (16-10643).

{BAY:03366290v2}

*Claims Pursuant to 11 U.S.C. § 502(d)* [Adv. D.I. 1] in the above-captioned adversary

proceeding.


Dated: ___10/4___, 2018
     Wilmington, Delaware
                       THE HONORABLE CHRISTOPHER S. SONTCHI
                       CHIEF UNITED STATES BANKRUPTCY JUDGE