# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW SOURCE ENERGY PARTNERS, L.P., *et al.*,<br>Debtors.[1] | Chapter 7<br><br>Case No. 16-10642 (CSS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee for the estates of New Source Energy Partners, L.P. *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ERICK FLOWBACK SERVICES, LLC,<br><br>Defendant. | Adv. Proc. No. 18-50317 (CSS)<br><br>**Related Adv. D.I.:** 4, 7, 10, 15, 17, 21, ___ |

## ORDER APPROVING SEVENTH STIPULATION FOR EXTENSION OF TIME

This Court having considered the *Seventh Stipulation for Extension of Time* (the "**Seventh Stipulation**") between the above-captioned Plaintiff and Defendant, attached hereto as **Exhibit 1**; and having determined that good and adequate cause exists for approval of the Seventh Stipulation; and having determined that no further notice of the Seventh Stipulation must be given; it is hereby ORDERED that:

1. The Seventh Stipulation is approved; and

2. Defendant shall have through and including January 4, 2019 to answer, move, or otherwise respond to the *Complaint to Avoid and Recover Preferential and/or, in the Alternative, Fraudulent Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550, and to Disallow Claims*

---

[1] The Debtors are the following entities: New Source Energy Partners, L.P. (16-10642) and New Source Energy GP, LLC (16-10643).

{BAY:03398506v1}

*Pursuant to 11 U.S.C. § 502(d)* [Adv. D.I. 1] in the above-captioned adversary proceeding.

Dated: November 28, 2018  
Wilmington, Delaware

_____  
THE HONORABLE CHRISTOPHER S. SONTCHI  
CHIEF UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW SOURCE ENERGY PARTNERS, L.P., *et al.*,<br>Debtors.[1] | Chapter 7<br><br>Case No. 16-10642 (CSS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee for the estates of New Source Energy Partners, L.P. *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ERICK FLOWBACK SERVICES, LLC,<br><br>Defendant. | Adv. Proc. No. 18-50317 (CSS) |

### SEVENTH STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the above-captioned Plaintiff and Defendant, that:

1.  The time within which Defendant must answer, move, or otherwise respond to the *Complaint to Avoid and Recover Preferential and/or, in the Alternative, Fraudulent Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550, and to Disallow Claims Pursuant to 11 U.S.C. § 502(d)* [Adv. D.I. 1] in the above-captioned adversary proceeding is further extended through and including January 4, 2019.

---

[1] The Debtors are the following entities: New Source Energy Partners, L.P. (16-10642) and New Source Energy GP, LLC (16-10643).

{BAY:03398506v1}

| | |
|---|---|
| Dated: November 27, 2018<br>ARCHER & GREINER, P.C.<br><br>By: /s/ Alan M. Root<br>Alan M. Root (No. 5427)<br>S. Alexander Faris (No. 6278)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Phone: (302) 777-4350<br>E-mail: aroot@archerlaw.com<br><br>*Attorneys for David W. Carickhoff,*<br>*Chapter 7 Trustee* | Dated: November 27, 2018<br>BAYARD, P.A.<br><br>By: /s/ Evan T. Miller<br>Evan T. Miller (No. 5364)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Phone: (302) 655–5000<br>E-mail: emiller@bayardlaw.com<br><br>-and-<br><br>Charles Rubio<br>DIAMOND MCCARTHY LLP<br>909 Fannin Street, 37th Floor<br>Two Houston Center<br>Houston, TX 77010<br>Phone: (713) 333–5127<br>E-mail: crubio@diamondmccarthy.com<br><br>*Attorneys for Defendant Erick Flowback*<br>*Services, LLC* |